# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:  November 22, 2019                          Judge:  Honorable Charles R. Breyer

Court Reporter: Debra Pas
Time: 48 Minutes
Case No.: CR18-0081-1 CRB
Case Name:  USA v. Steven Brown (Present)(NC)

Attorney(s) for Government: Chinhayi Cadet
Attorney(s) for Defendant(s): Douglas Rappaport and Joanna Sheridan
Interpreter: N/A
Probation Officer:  Brian Casai

Deputy Clerk: Lashanda Scott


### PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to probation for a term of 5 years
under the usual terms and conditions and the special conditions. Defendant shall pay a $100
special assessment.  The Court finds the defendant does not have the ability to pay a fine and
orders it waived.  Status re Restitution hearing set for January 22, 2020 at 1:30 p.m. Refer to
Judgment for additional information.