DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    FAX: (408) 535-5081
    Chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-00081 CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE RESTITUTION |
| v. | |
| STEVEN BROWN, | |
| Defendant. | |

## STIPULATION

On March 4, 2020, the parties participated in a status hearing concerning restitution. At the hearing, Terry Kleid's lawyer argued that Defendant Steven Brown should pay restitution to Terry Kleid in the present criminal case. However, the Indictment in the present case does not involve conduct relating to Kleid. The Indictment charged Brown for harm caused to Home Owners Associations ("HOA's"). As Kleid's claims do not relate to the HOA fraud alleged in the present case, restitution to Kleid is not appropriate in this criminal case. Accordingly, the Court properly denied Kleid's request for restitution at the March 4, 2020 hearing.

In Paragraph 9 of the Plea Agreement, Brown agreed to pay restitution to be determined by the

STIPULATION AND [~~PROPOSED~~] ORDER RE RESTITUTION
CR 18-00081 CRB

1  Court "but in no event less than $80,936.36." (Docket #24, page 6, lines 6-8.)  Accordingly, the parties

2  request that the Court order restitution in the total amount of $80,936.36.  The total amount of requested

3  restitution is to be distributed as follows:  $9,500.00 to HOA#1, $50,086.36 to HOA #2, 6,350.00 to

4  HOA #3, and $15,000 to Farmers Insurance.

5      The parties agree that restitution must be paid in monthly payments of not less than $500 or at

6  least 10 percent of net earnings, whichever is greater, to commence no later than 60 days from

7  placement on supervision.  Notwithstanding any payment schedule set by the court, the United States

8  Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§

9  3613 and 3644(m).  The restitution payments shall be made to the Clerk of U.S. District Court,

10 Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

11     The parties request that the Judgment in the present case (Docket # 35) be amended accordingly.

12     Respectfully submitted,

13     DAVID L. ANDERSON
United States Attorney

14

15 Dated: March 5, 2020     /s/
CHINHAYI COLEMAN CADET
16     Assistant United States Attorney

17

18 Dated: March 5, 2020     /s/
DOUGLAS RAPPAPORT
19     Attorney for Defendant

20

21 **[PROPOSED] ORDER**

22     Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED

23 that Defendant Steven Brown pay restitution in the total amount of $80,936.36.  The total amount of

24 restitution is to be distributed as follows:  $9,500.00 to HOA#1, $50,086.36 to HOA #2, 6,350.00 to

25 HOA #3, and $15,000 to Farmers Insurance.

26     Restitution must be paid in monthly payments of not less than $500 or at least 10 percent of net

27 earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

28 Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue

collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3644(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

The Judgment in the present case (Docket # 35) shall be amended accordingly.

IT IS SO ORDERED.

Dated: March 5, 2020

_____
HONORABLE CHARLES R. BREYER
United States District Judge